CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

MATTHEW S. KENEFICK (SBN: 227298)
mkenefick@jmbm.com
JULIA CONSOLI-TIENSVOLD (SBN: 324142)
jctiensvold@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorneys for Defendant
San Francisco Lodging LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO LODGING LLC, a California Limited Liability Company; and Does 1-10,<br><br>  Defendant. | Case: 3:21-CV-00626-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action shall be fully dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 17, 2021     CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: June 17, 2021     JEFFER MANGELS BUTLER
                         & MITCHELL LLP

By: /s/Matthew S. Kenefick
    Matthew S. Kenefick
    Attorneys for Defendant
    San Francisco Lodging LLC

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Matthew S. Kenefick, counsel for San Francisco Lodging LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 17, 2021                     CENTER FOR DISABILITY ACCESS

                                           /s/Amanda Seabock
                                           Amanda Seabock
                                           Attorneys for Plaintiff